| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2007 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)  AMBROSE, DONETTA W | 2. Court or Organization  US DIST. CT. WEST. DIST. PA | 3. Date of Report  04/28/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  CHIEF U.S. DISTRICT JUDGE | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2007 to 12/31/2007 |
| 7. Chambers or Office Address  620 U..S. POST OFFICE & COURT 700 GRANT STREET PITTSBURGH, PA. 15219-1906 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. MEMBER | BOARD OF DIRECTORS - MAGEE WOMEN'S HOSPITAL |
| 2. MEMBER | BOARD OF DIRECTORS - MAGEE WOMEN'S RESEARCH CORPORATION |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2008 MAY 15 P 12: 55 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| AMBROSE, DONETTA W | 04/28/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | PENNSYLVANIA STATE EMPLOYEES RETIREMENT SYSTEM | $ 24,527 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | LAW PRACTICE |
| 2. 2007 | AIGA |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | PA BAR ASSOCIATION | 1/2007 | RIVERA DEL MAYA, MEXICO | MID YEAR MEETING | TRANSPORTATION, LODGING, FOOD |
| 2. | NEW YORK INTELLECTUAL PROPERTY LAW ASSOC | 3/2007 | NEW YORK, NEW YORK | ANNUAL DINNER | TRANSPORTATION, LODGING, FOOD |
| 3. | ALLEGHENY COUNTY BAR ASSOCIATION | 6/2007 | CHAMPION, PA | ANNUAL BENCH/BAR ASSOC | LODGING & FOOD |
| 4. | AMERICAN JUSTICE ASSOC | 714,15/2007 | CHICAGO, IL. | SPEAKER - ADR PROGRAM | TRANSPORTATION, LODGING |

| Name of Person Reporting | Date of Report |
|---|---|
| AMBROSE, DONETTA W | 04/28/2008 |

| 5. | ACADEMY OF TRIAL LAWERYS | 10/4,5/2007 | FARMINGHAM, PA. | ANNUAL RETREAT | FOOD & LODGING |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| AMBROSE, DONETTA W | 04/28/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | ● FIRST NATIONAL BANK | BUSINESS LOAN | L |
| 2. | ● FIRST COMMONWEALTH BANK | BUSINESS LOAN | M |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AMBROSE, DONETTA W | 04/28/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ALLEGHENY CO US GVT FCU | D | Int./Div. | M | T | | | | | |
| 2. ●MORGAN STANLEY | A | Int./Div. | J | T | | | | | |
| 3. ●RESIDENTIAL RENTAL - NEW KEN | C | Rent | J | U | | | | | |
| 4. ● COMMERCIAL RENTAL - NEW KEN | E | Rent | M | R | | | | | |
| 5. ●INTERDIGITAL COMMUNICATIONS | | None | | | SELL | 2/07 | J | A | |
| 6. ● INTERDIGITAL COMMUNICATIONS | | None | | | SELL | 2/07 | J | B | |
| 7. ●INTERDIGITAL COMMUNICATIONS | | None | | | SELL | 2/07 | J | B | |
| 8. ● INTERDIGITAL COMMUNICATIONS | | None | | | SELL | 2/07 | J | C | |
| 9. ● INTERDIGITAL COMMUNICATIONS | | None | | | SELL | 2/07 | J | C | |
| 10. ● INTERDIGITAL COMMUNICATIONS | | None | | | SELL | 2/07 | J | | loss |
| 11. ● INTERDIGITAL COMMUNICATIONS | | None | | | SELL | 2/07 | J | | loss |
| 12. ● INTERDIGITAL COMMUNICATIONS | | None | | | SELL | 5/07 | J | | loss |
| 13. ● INTERDIGITAL COMMUNICATIONS | | None | | | SELL | 5/07 | J | | loss |
| 14. ● INTERDIGITIAL COMMUNICATIONS | | None | | | SELL | 5/07 | J | | loss |
| 15. ● INTERDIGITAL, INC | | None | | | SELL | 9/07 | J | | loss |
| 16. ● INTERDIGITAL, INC | | None | | | SELL | 12/07 | J | | loss |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AMBROSE, DONETTA W | 04/28/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| AMBROSE, DONETTA W | 04/28/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544